ROSENFELD v. SCHWARTZ et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Irving Rosenfeld against Louis Schwartz and others. PER CURIAM. Motion for stay granted upon defendants' giving a bond in the penalty of $2,500 conditioned upon their paying any judgment that the plaintiff may obtain against them on the trial of the action. If this bond is not given within ten days after announcement of this decision, the motion is denied, with $10 costs. Settle order on notice.

ROSENTHAL et al. v. PEOPLE'S COLLATERAL PLEDGE SOCIETY. (Supreme Court, Appellate Division, First Depatrment. June 25, 1915.) Action by Michael Rosenthal and others against the People's Collateral Pledge Society. No opinion. Application denied, with $10 costs. Order signed.

In re ROTH. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Herman L. Roth, an attorney. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice. See, also, 158 App. Div. 880, 142 N. Y. Supp. 1142.

RUMSEY, Respondent, v. QUEENS COUNTY TRUST CO. et al., Appellants et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Joseph B. Rumsey against the Queens County Trust Company and others, impleaded with others. PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the appellants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Held: That the complaint states a single cause of action in tort. The several overt acts of defendants, pleaded by plaintiff, make up the means and method alleged by him to have been adopted and employed by defendants to impair and practically destroy the value of his property rights and interests in the Buffalo & Southern Railway Company in the execution of the fraudulent scheme alleged to have been adopted by defendants to accomplish that unlawful purpose.

RUNGE, Appellant, v. NEWTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Edward Runge against Irving C. Newton and another. No opinion. Interlocutory judgment affirmed, with costs, on the authority of Kidder v. Port Henry Iron Ore Co., 201 N. Y. 445, 94 N. E. 1070, with the usual leave to plaintiff to amend complaint upon payment of costs of demurrer and of this appeal.

RUSSELL, Appellant, v. GREGG, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Joseph M. Russell against Adam A. Gregg. No opinion. Judgment and order unanimously affirmed, with costs.

RUSSELL v. NORTH RIVER SAVINGS BANK. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by John Russell as president, etc., against the North River Savings Bank. No opinion. Application granted. Order signed.

RYAN, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Martin A. Ryan, an infant, etc., against the Interborough Rapid Transit Company. E. S. Merrill, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SABATINO v. MANHATTAN BRIDGE THREE–CENT LINE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Joseph Sabatino against the Manhattan Bridge Three-Cent Line. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SAHLI, Respondent, v. SCOVIL, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Benedict Sahli against William T. Scovil. No opinion. Judgment and order unanimously affirmed on reargument, with costs. See, also, 153 N. Y. Supp. 1141.

ST. JOHN et al., Appellants, v. REISS, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Henry W. St. John and others against Elias Reiss. G. Lange, Jr., of New York City, for appellants. D. L. Podell, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1141.

SALISBURY, Appellant, v. HENION, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by David N. Salisbury against Bert H. Henion, as executor, etc. PER CURIAM. Judgment and order denying motion for new trial affirmed, with costs. Order as to costs modified by striking out the limitation upon the amount of plaintiff's costs, and as so modified affirmed, with $10 costs to plaintiff. Held, that the question of the amount of costs should be determined in the usual way, under the general provisions of the Code of Civil Procedure, and by means of taxation, retaxation, and, if necessary, by review at Special Term.

SALZMAN, Respondent, v. EISENBACH REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Morris Salzman against the Eisenbach Realty & Construction Company. No opinion. Motion denied, with $10 costs.

SAMUELS et al. v. BLOOM. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Heinrich Samuels and others against Henry Bloom. No opinion. Ap-